

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC,**
Appellant

v.

**MADERA MILLWORK, LTD,** BOA Studio, LLC and Jason Holloway,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Judge Presiding

# O R D E R

The trial court clerk has filed a notice of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court